FRANK E TOROK, II
609 JACKSONVILLE ROAD
WARMINSTER, PA 18974

| UNITED STATES DISTRICT COURT OF EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| *Frank F. Torok, II*<br>*5201 Stansfield Drive*<br>*Zionsville, PA 18092* | Bankruptcy Case No: <u>24-13427-PMM</u><br><br>Chapter: 13 |
| In re: Frank F. Torok, II | Bankruptcy Judge: Judge Patricia M. Mayer |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I served a true and correct copy of the foregoing pleadings and accompanying documents on the following persons, as follows:

*Manner of service*

efiling
And regular mail:

*Name and address*

Trustee
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
(610) 779-1313

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597-4411

Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

October 23, 2024                          /s/ FRANK E TOROK
                                          FRANK E TOROK