LOCAL BANKRUPTCY FORM 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED 2024 OCT 28 PM 1:48

| | | |
|---|---|---|
| In re: Frank E. Torok, II | : | Chapter: 13 |
| 5201 Stansfield Drive | : | |
| Zionsville, PA 18092 | : | |
| Debtor | : | Bankruptcy No. 24-13427-PMM |

\* \* \* \* \* \* \*

AMENDED NOTICE OF MOTION, RESPONSE
DEADLINE AND HEARING DATE

Frank E. Torok, II   has filed a <u>AMENDED MOTION RE: AUTOMATIC STAY VIOLATION AND FDCPA VIOLATION</u> with the court for The sheriff sale to be canceled, monetary damages for the violations.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 11/19/2024 you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

   <u>United States Bankruptcy Court</u>
   <u>Eastern District of Pennsylvania</u>
   <u>The Gateway Building</u>
   <u>201 Penn Street, Suite 103</u>
   <u>Reading, PA 19601</u>

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant"
   Frank E. Torok, II
   5201 Stansfield Drive
   Zionsville, PA 18092

*LOCAL BANKRUPTCY RULES*

[If applicable, name and address of others to be served.]

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable (name of bankruptcy judge) on 11/26/24 at 10 am., at Reading at 201 Penn Street, 4th Floor in Courtroom Reading 4th fl Courtroom , United States Bankruptcy Court, (address of Bankruptcy Court). Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 10/28/24

Frank Torok