**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank F. Torok II <br> <u>Debtor(s)</u> | CHAPTER <br><br> BKY. NO. 24-13427-PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of KML Law Group, P.C. and index same on the master mailing list.

    Respectfully submitted,
**/s/ Denise Carlon Esquire**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
dcarlon@kmllawgroup.com