## UNITED STATES BANKRUPTCY COURT
## <u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| **In re Frank F. Torok, II** | : | **Chapter 13** |
| | : | |
| | : | **Case No. 24-13427-PMM** |
| | : | |
| **Debtor.** | : | |

### <u>O R D E R</u>

**AND NOW**, upon consideration of the Amended Motion for Relief from Automatic Stay

Violation and FDCPA Violation ("the Motion") (Doc. #20), the objections thereto (Doc. #'s 26,

27), and after hearing, and for the reasons stated in court;

It is hereby **ORDERED** that the motion is **DENIED**.

Date: **November 26, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**