**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                  Case No. 24-13427-pmm
                                                                      Chapter 13

Frank E. Torok IV

Debtor(s).

## NOTICE OF APPEARANCE

**US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

                                     **Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

                                           By:    /s/ Steven K. Eisenberg
                                                             Steven K. Eisenberg, Esquire
                                                             Bar No: 75736
                                                             Stern & Eisenberg, PC
                                                             1581 Main Street, Ste. 200
                                                             The Shops at Valley Square
                                                             Warrington, PA 18976
                                                             Phone: 215-572-8111
                                                             Fax: 215-572-5025
                                                             seisenberg@sterneisenberg.com
                                                             Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 6th day of December, 2024, to the following:

Frank F. Torok, II, PRO SE
5201 Stansfield Drive
Zionsville, PA 18092
***Attorney for Debtor(s)***


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
***Chapter 13 Trustee***


United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Frank E. Torok IV
5201 Stansfield Drive
Zionsville, PA 18092

***Debtor(s)***


                                              By:        /s/ Steven K. Eisenberg
                                                          Steven K. Eisenberg, Esquire