IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

In Re:

    Frank Torok    :
                        :    Chapter 7
                        :    Case No. 24-13427-pmm

    Debtor(s)

**CERTIFICATE OF SERVICE**

I, Everett Cook, Esq., attorney for the above-named debtors do hereby certify that I have caused to be served on this date, by First Class Mail or ECF filing, a true and correct copy of the Notice of Creditors meeting upon the creditors and parties-in-interested listed herein below and on attached Matrix:

United States Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2908

Lauren Moyer Esq
1325 Franklin Avenue
Suite 160
Garden City NY 11530

Scott Waterman
Chapt 13 Trustee
2901 St Lawerence Ave
Suite 100
Reading Pa 19606

Respectfully submitted:

Dated: 01/27/2024

Signed: /s/ Everett Cook
By: Everett Cook, Esq.
Attorney ID #202039

LAW OFFICES OF EVERETT COOK, P.C.
1605 N. Cedar Crest Blvd., Suite 520
Allentown, PA 18104
Phone: 610-351 3566
Fax: 610.351.3556
bankruptcy@everettcooklaw.com