UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Frank F. Torok, II<br><br>              Debtor | Chapter 13<br>Bankruptcy No.24-13427-PMM |

CERTIFICATE OF SERVICE

      I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of February, 2025, by first class mail upon those listed below:

Frank F. Torok, II
5201 Stansfield Drive
Zionsville, PA  18092

**Electronically via CM/ECF System Only:**

PRO SE

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee