UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Frank F. Torok<br>                     Debtor<br><br>Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>v.<br><br>Frank F. Torok<br>Joann M. Torok – Co-Debtor<br>Scott F. Waterman - Trustee<br>                     Respondents | CASE NO.: 24-13427-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __4th__ day of __March__, 20__25__, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, US Bank Trust National Association, not in its Individual Capacity but Solely As Owner Trustee For VRMTG Asset Trust's Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

_Patricia M. Mayer_
_____
Patricia M. Mayer, Bankruptcy Judge