United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 24-13427-pmm
Frank F. Torok, II     Chapter 13
KML Law Group
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank F. Torok, II, 5201 Stansfield Drive, Zionsville, PA 18092-2088 |
| 14930134 | + | Ally Bank, P O Box 77404, Trenton, NJ 08628-6404 |
| 14937595 | + | Ally Bank, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia PA 19106-1541 |
| 14963503 | + | Fay Servicing, LLC, c/o LAUREN MOYER, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste. 160 Garden City, NY 11530-1631 |
| 14947902 | + | KMLLaw Group, P.C., c/o Denise Carlon, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 02 2025 00:59:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 02 2025 00:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | May 02 2025 00:43:16 | Fay Servicing, LLC as servicer for US Bank Trust N, c/o Friedman Vartolo LLP, 1325 Franklin Ave, Ste. 160, Garden City, NY 11530-1631 |
| res | ^ | MEBN | May 02 2025 00:43:15 | KML Law Group, BNY Independence Ceneter, Suite 5000, 701 Market Street, Philadelphia, PA 19106, UNITED STATES 19106-1538 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | May 02 2025 00:59:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14937263 | ^ | MEBN | May 02 2025 00:43:15 | Ally Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14956946 | | Email/Text: BKelectronicnotices@cenlar.com | May 02 2025 00:59:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14930135 | | Email/Text: ECF@fayservicing.com | May 02 2025 00:59:00 | Fay Servicing, 1601 LBJ Freeway Ste 150, Dallas, TX 75234 |
| 14931948 | | Email/Text: BankruptcyECFMail@mccalla.com | May 02 2025 00:59:00 | US Bank Trust National Association, c/o Maria Tsagaris, 1544 Old Alabama Rd., Roswell GA 30076 |
| 14931562 | | Email/Text: BankruptcyECFMail@mccalla.com | May 02 2025 00:59:00 | US Bank Trust National Association, Not In Its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14958226 | ^ | MEBN | May 02 2025 00:43:17 | US Bank Trust National Association, c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: pdf900 | Total Noticed: 17 |

| | | | |
|---|---|---|---|
| 14956567 | ^ MEBN | May 02 2025 00:43:10 | US Bank Trust National Association et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2025       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| DANIEL P. JONES | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor ALLY BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Respondent KML Law Group bkgroup@kmllawgroup.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor ALLY BANK ekishbaugh@kmllawgroup.com |
| JOHN EVERETT COOK | on behalf of Debtor Frank F. Torok  II bankruptcy@everettcooklaw.com, g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Frank F. Torok, II<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 24-13427-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 1, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE